UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYONS,<br><br>                Plaintiff,<br>v.<br><br>WILLIS TOWERS WATSON US LLC<br>                Defendants. | Case No.: 22-cv-01550-JO-WVG<br><br>PROPOSED ORDER GRANTING JOINT REQUEST TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFF, AND WITHOUT PREJUDICE AS TO ANY PROPOSED CLASS MEMBERS |

      Having reviewed the foregoing stipulation, and for good cause appearing, the Court hereby grants the Parties' Joint Request to Dismiss Complaint with Prejudice as to Plaintiff and Without Prejudice as to the Proposed Class and Any Other Allegedly Aggrieved Employees, and ORDERS as follows:

      1.    Plaintiff's individual claims under Labor Code section 2802 are DISMISSED WITH PREJUDICE.

      2.    Plaintiff's class claims under Labor Code section 2802 are DISMISSED WITHOUT PREJUDICE.

3. Plaintiff's PAGA Claim is DISMISSED WITHOUT PREJUDICE as it will be adjudicated by the San Diego Superior Court.

4. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 23, 2023

Hon. Jinsook Ohta
United States District Judge